## COFFIN vs. PANDELLY.

APPEAL FROM THE PARISH COURT FOR THE PARISH AND CITY OF NEW-ORLEANS.

Where the appellant makes no effort to sustain his appeal, and no reason appears from the evidence to hope for success, the judgment will be affirmed, and damages allowed as for a frivolous appeal.

The plaintiff alleges that he sold and delivered to the defendant three hundred and eighty-six thousand one hundred bricks, payable in fire wood, as follows, viz: for two hundred and thirteen thousand six hundred bricks, five cords of wood for each thousand bricks, and for one hundred and seventy-two thousand five hundred bricks 4 cords of wood for each thousand bricks, making in all one thousand seven hundred and fifty-eight cords of wood; that after delivering five hundred and seventy cords the defendant failed to comply with his engagement. He bound himself in a new writing the 24th of August 1833, to deliver the remainder of the wood at the rate of forty-five cords per week until it was completed. Only three hundred and ninety cords were delivered under the new agreement, making in all six hundred and ninety cords; still leaving seven hundred and ninety-eight which he totally failed to deliver. The plaintiff estimates the wood still due him as worth three dollars per cord, amounting to

two thousand three hundred and ninety-four dollars, for which he prays judgment.

The defendant pleaded a general denial.

The parish judge after examining witnesses, considered the allegations in the petition fully made out except as to the value of the wood, which was proved to be worth only two dollars and seventy-five cents per cord, amounting to two thousand one hundred and ninety-four dollars and fifty cents, for which judgment was rendered against the defendant.

He appealed.

*Derbigny*, for the plaintiff.

*Hoa*, contra:

MARTIN, J., delivered the opinion of the court.

The petition states that the plaintiff having delivered to the defendant three hundred eighty-six thousand one hundred bricks, the latter engaged to furnish him with good fire wood at the following rates, viz: for three hundred thirteen thousand six hundred bricks five cords for each thousand; for one hundred seventy thousand five hundred bricks, four cords for each thousand, making together in all one thousand seven hundred fifty-eight cords; that the petitioner after having received five hundred seventeen cords and the delivery of the residue being much delayed, pressed the defendant, who bound himself to deliver weekly forty-five cords, that the cord of wood is worth three dollars; that since the last agreement the defendant has delivered about three hundred ninety cords, which leaves a balance due to the plaintiff of seven hundred ninety-eight cords, of the value of two thousand three hundred ninety-four dollars, for which judgment was prayed.

The general issue was pleaded.

The parish court was of opinion that the plaintiff had proved all his allegations except as to the value of the wood, which according to the evidence was worth but two dollars

EASTERN DIS. and fifty cents per cord, gave judgment for two thousand one
*June, 1834.*
hundred ninety-one dollars and fifty-cents.

TAGIASCO'S EX.    He has made no effort to sustain his appeal before us. We

Where the appellant makes no effort to sustain his appeal, and no reason appears from the evidence to hope for success, the judgment will be affirmed, and damages allowed as for a frivolous appeal. have carefully examined the evidence and are unable to discover on what grounds he might have reasonably hoped for success in this court; the appeal is a frivolous one, and we think it our duty to accede to the prayer of the appellee for damages.

It is, therefore, ordered, adjudged and decreed, that the judgment of the Parish Court be affirmed with costs; and that the plaintiff further recover from the defendant, as damages for the frivolous appeal, two hundred nineten dollars and fifteen cents.